```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
AVAIL 1 LLC,                                                     :
                                                                 :
                               Plaintiff,                        :
                                                                 :         23-cv-1641 (LJL)
           -v-                                                   :
                                                                 :              ORDER
KANWALDEEP S. KALSI, NAMRITA PUREWAL,                            :
THE 67 LIBERTY CONDOMINIUM, NEW CHAPTER                          :
CAPITAL, INC,                                                    :
                                                                 :
                               Defendants.                       :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court construes the letter received from Defendant Namrita Purewal on May 23, 2023, Dkt. No. 38, as a motion to vacate the certificate of default entered against her on May 9, 2023, Dkt. No. 33. Plaintiff Avail 1 LLC is directed to file any response to Defendant Purewal's letter by one week from the date of this Order.

Defendant Purewal also requests that the Court order mediation and that it appoint pro bono counsel to represent her. The Court takes those requests under advisement. In the interim, Defendant Purewal may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any *pro se* party through the Pro Se Intake Unit).

The Initial Pretrial Conference currently scheduled for May 26, 2023 at 3:00 p.m. is adjourned *sine die*.

SO ORDERED.

Dated: May 24, 2023
       New York, New York                         _____
                                                        LEWIS J. LIMAN
                                                     United States District Judge