```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
AVAIL 1 LLC,                                                       :
                                                                   :
                                  Plaintiff,                       :
                                                                   :            23-cv-1641 (LJL)
                -v-                                                :
                                                                   :                 ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,                             :
                                                                   :
                                  Defendant.                       :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023

LEWIS J. LIMAN, United States District Judge:

The Court is holding an in-person status conference in this matter in Courtroom 15C at the 500 Pearl Street Courthouse on June 28, 2023 at 12:00 p.m, with Plaintiff appearing remotely.

Plaintiff is directed to confer with *pro se* defendant Namrita Purewal and ensure that she is aware of the conference's date and location and able to attend in person. The Clerk of Court is respectfully directed to send a copy of this Order to *pro se* defendant Namrita Purewal.

SO ORDERED.

Dated: June 23, 2023  
      New York, New York

                                                 LEWIS J. LIMAN  
                                        United States District Judge