UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/23/2023
```

-------------------------------------------------------------------X
                                      :

AVAIL 1 LLC,
                                        :

               Plaintiff,       :

                                          :           23-cv-1641 (LJL)

      -v-                       :

                                          :                ORDER

KANWALDEEP S. KALSI, NAMRITA PUREWAL,   :
THE 67 LIBERTY CONDOMINIUM, NEW CHAPTER  :
CAPITAL, INC.,                          :

                                        :

               Defendant.     :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The status conference scheduled in this matter for June 28, 2023 at 12:00 p.m, is RESCHEDULED to July 10, 2023 at 3:30 p.m.  All parties are directed to appear in person in Courtroom 15C at the 500 Pearl Street Courthouse.  Plaintiff is directed to confer with *pro se* defendant Namrita Purewal and ensure that she is aware of the conference's date and location and able to attend in person.

     The Court emailed this Order to counsel for Plaintiff and counsel for defendant The 67 Liberty Condominium on June 23, 2023.  The Clerk of Court is respectfully directed to send a copy of this Order to *pro se* defendant Namrita Purewal.

     SO ORDERED.

Dated: June 23, 2023
      New York, New York            _____
                                    LEWIS J. LIMAN
                            United States District Judge