```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
AVAIL 1 LLC,                                                   :
                                                               :
                        Plaintiff,                             :
                                                               :        23-cv-01641 (LJL)
        -v-                                                    :
                                                               :             ORDER
KANWALDEEP S. KALSI ET AL,                                     :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023

LEWIS J. LIMAN, United States District Judge:

A telephonic status conference was held in this matter on July 14, 2023. Counsel for the plaintiff and the pro se defendant appeared at the conference. This order memorializes the motion schedule set by the Court at the conference. Defendant Purewal is to file her motion to vacate the certificate of default entered against her and motion to dismiss for failure to serve by August 14, 2023. Plaintiff's opposition papers are due by September 13, 2023. Defendant Purewal's reply papers are due by September 20, 2023.

The Clerk of Court is respectfully directed to send a copy of this order to pro se defendant Namrita Purewal.

SO ORDERED.

Dated: July 26, 2023
       New York, New York                  _____
                                           LEWIS J. LIMAN
                                           United States District Judge