UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                          :
AVAIL 1 LLC,                                                              :
                                                                          :
                                  Plaintiff,                              :
                                                                          :
                -v-                                                       :          23-cv-1641 (LJL)
                                                                          :
                                                                          :             ORDER
KANWALDEEP S. KALSI, NAMRITA PUREWAL,                                     :
THE 67 LIBERTY CONDOMINIUM, NEW CHAPTER                                   :
CAPITAL, INC.,                                                            :
                                                                          :
                                  Defendant.                              :
                                                                          :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2023

LEWIS J. LIMAN, United States District Judge:

      Defendant Namrita Purewal moves, pursuant to Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5), to dismiss this action or in the alternative to vacate the certificate of default entered against her on May 9, 2023 and to extend the time by which she must respond to the complaint. Dkt. No. 52.  Plaintiff Avail 1 LLC consents to Defendant Purewal's motion to vacate the certificate of default and the extension of time to file her answer.  Dkt. No. 53.  Accordingly, the Clerk of Court is respectfully directed to vacate the certificate of default entered against Namrita Purewal, Dkt. No. 33, and to close Dkt. No. 52.

      The Court will hold an initial pretrial conference in this matter on October 10, 2023 at 11:00 a.m.  The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  The parties are ORDERED to, by one week prior to the conference, jointly submit to the Court a proposed Case Management Plan and Scheduling Order.

      The Clerk of Court is respectfully directed to send a copy of this Order to *pro se* Defendant Purewal.

      SO ORDERED.

Dated: September 14, 2023
      New York, New York      _____
                             LEWIS J. LIMAN
                     United States District Judge