UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                         :

AVAIL 1 LLC,
                         :

           Plaintiff,           :

                         :                    23-cv-1641 (LJL)

       -v-                  :

                         :                       ORDER

KANWALDEEP S. KALSI, NAMRITA PUREWAL,  :
THE 67 LIBERTY CONDOMINIUM, NEW CHAPTER  :
CAPITAL, INC.,
                         :

           Defendant.       :

                         :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023

LEWIS J. LIMAN, United States District Judge:

      The Court construes Plaintiff's letter at Dkt. No. 57 as a motion for the Court to reconsider its order at Dkt. No. 54 resolving Plaintiff's motion to dismiss without ruling on whether service was proper. Plaintiff shall respond to that motion by November 2, 2023, and the pro se Defendant may reply by December 4, 2023. The Court will hold in abeyance the entry of a case management plan. Plaintiff may move for an order permitting service out of time pursuant to Federal Rule of Civil Procedure 4(m) with a showing of good cause.

          10/11/2023      SO ORDERED.

                                           LEWIS J. LIMAN
                                    United States District Judge