UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AVAIL 1 LLC,

                Plaintiff,

     -v-

KANWALDEEP S. KALSI, NAMRITA PUREWAL,
THE 67 LIBERTY CONDOMINIUM, NEW CHAPTER
CAPITAL, INC.,

                Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/20/2023__

23-cv-01641 (LJL)

<u>CORRECTED ORDER</u>

LEWIS J. LIMAN, United States District Judge:

     The following Order is being issued by the Court as a correction to the Order previously entered at Dkt. No. 61. The Court construes Defendant's letter at Dkt. No. 57 as a motion for the Court to reconsider its order at Dkt. No. 54 resolving Defendant's motion to dismiss without ruling on whether service was proper. Plaintiff shall respond to that motion by November 3, 2023, and the pro se Defendant may reply by December 4, 2023. The Court will hold in abeyance the entry of a case management plan. Plaintiff may move for an order permitting service out of time pursuant to Federal Rule of Civil Procedure 4(m) with a showing of good cause.

     The Clerk of Court is respectfully directed to send a copy of this Order to Defendant Namrita Purewal.

     SO ORDERED.

Dated: October 20, 2023
      New York, New York

_____
            LEWIS J. LIMAN
       United States District Judge