UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVAIL 1 LLC,

                      Plaintiff,

-against-

KANWALDEEP S. KALSI, et al.,

                      Defendants.

23-CV-01641 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      It is hereby ORDERED that, for the reasons stated on the record at today's conference, *pro se* Defendant Purewal's motion to dismiss for improper service (Dkt. Nos. 52, 69, and 71) is DENIED. The Clerk of Court is respectfully directed to terminate Dkt. Nos. 52, 69, and 71. In addition, *pro se* Defendant Purewal's Answer is deemed timely.

      It is further ORDERED that Plaintiff shall send *pro se* Defendant Purewal the total current outstanding payoff amount of the mortgage loan at issue, including any supporting relevant documents, via first-class mail with a return receipt. Additionally, Defendant The 67 Liberty Condominium shall send *pro se* Defendant Purewal the total current outstanding arrearage amount for any monthly fees related to the property at issue, including any supporting relevant documents, via first-class mail with a return receipt. No later than 14 days from the date of this Order, counsel shall file letters on ECF confirming that the aforementioned letters were sent to *pro se* Defendant Purewal.

      It is further ORDERED that summary judgment motion practice shall proceed according to the following schedule:

1. Plaintiff shall file its summary judgment motion and motion for default judgment against Defendant Kalsi by **May 2, 2024**;
2. *Pro se* Defendant Purewal shall file her opposition to summary judgment by **July 1, 2024**; and
3. Plaintiff shall file its reply in support of its summary judgment motion by **July 19, 2024**.

      Should *pro se* Defendant Purewal wish to extend the date of Plaintiff's summary judgment motion to a later date, either because she believes further discovery is necessary or because she has succeeded in securing counsel, *pro se* Defendant Purewal shall submit a letter to the Court, via the *Pro Se* Office and also via email to Plaintiff's counsel, no later than **April 25, 2024**, detailing her request and the reasons why summary judgment motion practice should be delayed.

      Finally, it is further ORDERED that, unless otherwise ordered by the Court, Defendant The 67 Liberty Condominium shall be excused from attending future conferences. Should Defendant The 67 Liberty Condominium want to attend any future conference, it need not seek leave of the Court to do so.

      The Clerk of Court is respectfully directed to send a copy of this Order to *pro se* Defendant Purewal.

Dated: March 14, 2024
      New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge