USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2024



**MARGOLIN, WEINREB & NIERER, LLP**

C. LANCE MARGOLIN, ESQ.   ALAN WEINREB, ESQ.   CYNTHIA A. NIERER, ESQ.

May 26, 2024

**VIA ECF**
Honorable Judge Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: <u>Avail 1 LLC v. Kalsi, *et al*., Civil Action No.: 23-cv-01641 (LJL)</u>

Dear Judge Garnett,

We represent Plaintiff Avail 1 LLC in the above-referenced foreclosure action. Please accept this letter as a request for an extension of time to: "provide Defendant Purewal with copies of the underlying loan documents supporting the payoff letter sent by Plaintiff" and file a status letter pursuant to Your Honor's April 26, 2024 Order until June 6, 2024. The reason for this request is that counsel underwent surgery two weeks ago and is still recovering. This is the first request for an extension of the April 26, 2024 Order.

We thank the Court for its review of our request.

Respectfully submitted,

*/s/Alan H. Weinreb*
Alan H. Weinreb, Esq.

cc:   Namrita Purewal, Defendant *pro se* (via e-mail and First Class Mail)
      Benjamin Tracy, Esq., attorney for Defendant The 67 Liberty Condominium (via ECF)

---

Application GRANTED. Plaintiff shall have until **June 6, 2024** to provide Defendant Purewal with copies of the underlying loan documents supporting the payoff letter sent by Plaintiff, and to file a status letter regarding Plaintiff's meet-and-confer with Defendant Purewal, any outstanding discovery requests pertinent to Plaintiff's anticipated motion for summary judgment, and, should the parties be prepared to begin summary judgment briefing, a new proposed briefing schedule for summary judgment. Counsel is reminded that, pursuant to the Court's Individual Rules & Practices, requests for extensions or adjournments must be made at least two business days prior to the original due date. Future requests that are not made pursuant to the Court's Individual Rules & Practices may be denied on the basis of their untimeliness. The Clerk of Court is respectfully directed to terminate Dkt. No. 81.

SO ORDERED.  Date: 5/20/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE