```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVAIL 1 LLC,

                      Plaintiff,

-against-

KANWALDEEP S. KALSI, et al.,

                      Defendants.

23-cv-01641 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Court is in receipt of counsel's appearance on behalf of Defendant Purewal and request for a brief extension of discovery. Dkt. No. 99. In light of counsel's appearance, and even presuming Plaintiff will oppose Defendant Purewal's request for an extension of the discovery period, it is nonetheless hereby ORDERED that discovery will be re-opened in the interests of justice. It is further ORDERED that Defendant Purewal shall serve requests for production of documents no later than **February 7, 2025**; Plaintiff shall respond to such requests no later than **February 28, 2025**; and depositions, if any, shall be completed no later than **March 28, 2025**.

      It is further ORDERED that Plaintiff's pending motion for summary judgment (Dkt. No. 87) is DENIED without prejudice to renewal after the close of discovery. Should any party wish to move for summary judgment, opening briefs shall be due **April 18, 2025**, oppositions shall be due **May 9, 2025**, and replies shall be due **May 16, 2025**.

      The Clerk of Court is respectfully directed to terminate Dkt. No. 87.

Dated: January 21, 2025
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge